Tito Del Moral, Respondent, v. Columbia Graphophone Company and

Another, Appellants.— Order affirmed, with ten dollars costs and disbursements: No opinion. Rich, Kelly, Jaycox, Manning and Kelby, JJ., concur.